# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158402

*In re* G. GRABOWSKI, Minor.

SC: 158402
COA: 341810
Wexford CC Family Division:
16-026501-NA

_____/

On order of the Court, the application for leave to appeal the August 16, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk

s1016